IN THE UNITED STATES ~~BANKRUPTCY~~ COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLADYS E. ORTIZ and<br>MARIA MAGDALENA ORTIZ<br><br>VS.<br><br>NATIONAL FINANCIAL SYSTEMS | §<br>§<br>§<br>§   CIVIL ACTION NO. B03178<br>§<br>§<br>§<br>§ |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES JUDGE ANDREW S. HANEN:**

NOW COME, Plaintiffs, Gladys E. Ortiz and Maria Magdalena Ortiz, in the above-styled and numbered cause, and file this their Certificate of Interested Parties.

The following includes a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to Plaintiffs at this time to have a financial interest in the outcome of this litigation:

1. National Financial Systems, Inc., including but not limited to, its agents, representatives, and/or its employees.
   *Defendant*

2. Robert H. Hernandez, President, National Finance Systems, Inc.
   *Interested Party*

3. Citibank South Dakota, N.A., including but not limited to, its agents, representatives, and/or its employees.
   *Interested Party*

4. Kieth Wier
   Mark Lester
   *Attorneys for Defendant National Financial Systems, Inc.*

Page 1 of 3

4.  Gladys E. Ortiz
    *Plaintiff*

5.  Maria Magdalena Ortiz
    *Plaintiff*

6.  Manuel H. Newburger
    *Attorney for Plaintiffs*

7.  Dan Whitworth
    John Ventura
    *Attorneys for Plaintiffs*

Plaintiffs, in accordance with the Court's order, will file an amended certificate identifying additional parties whose financial interest is subsequently made known to Plaintiffs.

                                      Respectfully submitted,

Manuel H. Newburger
State Bar No. 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78702-1837
Tel. (512) 476-9103
Fax (512) 476-9253

Dan Whitworth
Texas Bar No. 24008275
John Ventura
Texas Bar No. 20545700
62 E. Price Road
Brownsville, Texas 78521
Tel. (956)546-9398
Fax. (956)542-1478

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the Federal Rules of Civil Procedure on this 12th day of November 2003 to the following counsel of record:

Keith Wier
SBN: 21436100
Mark L. Lester
SBN: 24027447
Coastal Bank Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057

Manuel H. Newburger / Dan Whitworth