IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GLADYS ORTIZ and | § | |
| MAGDALENA ORTIZ | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-03-178 |
| | § | |
| NATIONAL FINANCE SYSTEMS | § | |
| Defendant. | § | |

## AGREED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Plaintiffs and Defendant, through their counsel of record in the above referenced cause and file this their Agreed Motion for Continuance of Initial Pretrial Conference on the following grounds:

**I.**

1. Plaintiffs in this cause are Gladys Ortiz and Magdalena Ortiz, whose lead attorney of record is Manuel H. Newburger, who practices in Austin, Texas. Defendant in this cause is National Finance Systems, Inc., whose attorney of record is Keith Wier.

2. Plaintiffs originally sued Defendant in State District court, however, the case was removed to this U.S. District court.

3. This court has set an Initial Pretrial Conference in this case for December 9, 2001

**II.**

4. The parties respectfully ask the court to continue the Initial Pretrial Conference to January 20,

2004 for the reason that Manuel H. Newburger, lead attorney of record for Plaintiffs, is required to be present at a mandatory hearing previously set on a separate cause in Boston, Massachusetts at the same time.

5. In addition, Manuel H. Newburger, Plaintiffs' attorney of record, has another hearing on a separate cause in Brownsville, and would like to coordinate the two hearings on the same day in order to lessen his travel requirements.

6. Plaintiff has conferred with Keith Wier, lead counsel for Defendants and the Defendants have no opposition and agree to the continuance to January 20, 2004.

7. This agreed continuance is sought not for delay only, but that justice may be done.

WHEREFORE, Plaintiffs and Defendant, through their counsel of record, request that the Court enter an order granting the continuance of the Initial Pretrial Conference to January 20, 2004.

Dated: December 1st, 2003

Respectfully submitted,

By: *Manuel Newburger by permission DW*
Manuel H. Newburger
State Bar No. 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78702-1837
Tel. (512) 476-9103
Fax. (512) 476-9253

By: *Daniel Whitworth*
Daniel P. Whitworth
Texas Bar No. 24008275
Federal ID No. 23119
62 E. Price Rd.
Brownsville Texas 78521
(956) 546-9398
(956) 542-1478 -- facsimile
**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GLADYS ORTIZ and §<br>MAGDALENA ORTIZ §<br>Plaintiff, §<br>§<br>v. §<br>§<br>NATIONAL FINANCE SYSTEMS §<br>Defendant. § | Civil Action No. B-03-178 |

### AFFIDAVIT OF MANUEL H. NEWBURGER

**BEFORE ME**, the undersigned authority, on this day personally appeared Manuel H. Newburger, who swore on oath that the following facts are true:

"I am an attorney at law duly licensed to practice in Texas and am lead counsel of record for Gladys Ortiz and Magdalena Ortiz, Plaintiffs in this case. This case is now set for an Initial Pretrial Conference on December 9, 2003, at 1:30 p.m., in the U.S. District Court, Southern District of Texas - Brownsville Division.

On the afternoon of December 9, 2003, I am required to attend a court-ordered hearing on a class action lawsuit in U.S. District Court in Boston, Massachusetts. The case is a very complicated because a second class action has been filed against the same client. My local counsel has no class action experience, and I need to attend the hearing. I am not scheduled to return to Texas until December 10, 2003. For these reasons am making a formal request to continue the Initial Pretrial Conference to January 20, 2003.

The above mentioned hearing in U.S. District Court in Boston was scheduled prior to this court's scheduling of the Initial Pretrial Conference at issue. It has been the subject of a hearing notice sent to the entire class. This continuance is not sought for delay, but that justice may be done."

SIGNED on November 25, 2003.

_____
Manuel H. Newburger, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on November 25, 2003.

ANGELINA E. HEWES
MY COMMISSION EXPIRES
March 12, 2004

_____
Notary Public, State of Texas

My commission expires: 3-12-04

CERTIFICATE OF CONFERENCE

      This will certify that on November 19, 2003, Plaintiffs' and Defendant's counsel of record conferred regarding this Agreed Motion for Continuance of Initial Pretrial Conference, and that both parties have no opposition and are in agreement with the Continuance.

/s/ Daniel Whitworth
Manuel H. Newburger
State Bar No. 14946500
Daniel P. Whitworth
Texas Bar No. 24008275
Federal ID No. 23119
62 E.Price Rd.
Brownsville Texas 78521
(956) 546-9398
(956) 542-1478 -- facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a copy of the forgoing Agreed Motion for Continuance of Initial Pretrial Conference was served on Keith Wier, this 1st day of December, 2003 by facsimile and by U.S. Mail to the following mailing address:

Keith Wier
Mark Lester
Daw & Ray, P.C.
Coastal Bank Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057


_____
Manuel H. Newburger