IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GLADYS E. ORTIZ and § | |
| MARIA MAGDALENA ORTIZ § | |
| § | |
| VS. § | Case No. B-03-178 |
| § | |
| NATIONAL FINANCIAL SYSTEMS, INC. § | |

### DEFENDANT'S RULE 68 OFFER OF JUDGMENT

To:  Plaintiffs, Gladys E. Ortiz and Maria Magdalena Ortiz, by and through their attorneys of record, Manuel H. Newburger, BARRON & NEWBURGER, P.C., 1212 Guadalupe, Suite 104, Austin, Texas 78701-1938 and Dan Whitworth, John Ventura, LAW OFFICES OF JOHN VENTURA, P.C., 62 East Price Road, Brownsville, Texas 78521.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant National Financial Systems, Inc. offers to allow judgment to be taken against it in the above-referenced litigation as follows:

1)  Judgment shall be entered in the amount of THREE THOUSAND AND NO/100 DOLLARS ($3,000.00), as against the above-named Defendant, National Financial Systems, Inc ("National").

2)  This offer is unconditional and pertains to those claims asserted against National only.

3)  National agrees to pay reasonable attorney's fees as determined by the court.

4)  The judgment shall be apportioned as follows: $1,000.00 shall be awarded to Plaintiff Maria Magdalena Ortiz for all statutory damages. In addition, Maria Magdalena Ortiz shall be awarded $500.00 in actual and/or exemplary damages. Further, Plaintiff Gladys E. Ortiz shall be awarded $1,000.00 in statutory damages

as well as $500.00 for all actual and/or exemplary damages.

5) The judgment to be entered shall include the recitation that no recovery or other affirmative relief shall be entered but that the entire judgment shall be for individual claims of Gladys E. Ortiz and Maria Magdalena Ortiz, only.

6) The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiffs against the above-named Defendant and said judgment shall have no effect whatsoever except in settlement of those claims.

7) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that the above-named Defendant is liable in this action, or that the Plaintiffs have suffered any damage or harm.

Pursuant to the provisions of Rule 68, if this offer is not accepted within ten (10) days the offer is deemed withdrawn and if judgment is finally obtained by Gladys E. Ortiz and Maria Magdalena Ortiz ( collectively "Plaintiffs") and is not more favorable than the offer, Plaintiffs shall be obligated to pay the costs and fees incurred by National after the making of this offer.

Respectfully submitted,

DAW & RAY
A Professional Corporation

By: _____
Keith Wier; SBN: 21436100
Mark L. Lester; SBN: 24027447
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

                                         **ATTORNEYS FOR DEFENDANT, NATIONAL FINANCIAL SYSTEMS. INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via facsimile, and/or by certified mail, return receipt requested on this the 26th day of November, 2003 as follows:

Manuel H. Newburger
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1938

Dan Whitworth
John Ventura
LAW OFFICES OF JOHN VENTURA, P.C.
62 East Price Road
Brownsville, Texas 78521

                                                _/s/ Keith Wier_
                                                Keith Wier/Mark L. Lester