IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GLADYS E. ORTIZ AND<br>MARIA MAGDALENA ORTIZ<br>    PLAINTIFFS, | §<br>§<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | C.A. NO. B-03-178 |
| NATIONAL FINANCIAL SYSTEMS,<br>INC.,<br>    DEFENDANT. | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on January 9, 2004, the Court **ORDERED** the parties to submit a Federal Rule of Civil Procedure 26(f) joint discovery/case management plan no later than 4:00 p.m. on Thursday, January 15, 2004.

DONE this 9th day of January 2004, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge