# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 01 – 20 – 04 |
| TIME | ___ a.m. — ___ a.m. <br> 3:16 p.m. — 3:25 p.m. |
| CIVIL ACTION | B – 03 – 178 |
| STYLE | GLADYS AND MAGDALENA ORTIZ <br> *versus* <br> NATIONAL FINANCIAL SYSTEMS, INC. |

United States District Court
Southern District of Texas
FILED

JAN 20 2004

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):          Manuel H. Newburger and Daniel P. Whitworth
Attorney(s) for Defendant(s):       Mark Lester appearing for William Keith Weir

---

Court: Mr. Lester's oral motion for leave to appear for William Keith Weir granted.

<u>Comments</u>:

- Permanent injunction is allowed as relief under the Tx DTPA. In essence, Plaintiffs act as private attorney generals. Plaintiffs are asking for exemplary damages as well.
- Plaintiffs did not accept Defendants Rule 68 Offer of Judgment
- No tape recordings of the phone calls were made.
- Scheduling Order to be submitted.