IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GLADYS ORTIZ and | § | |
| MAGDALENA ORTIZ | § | |
| Plaintiff, | § | |
| | § | Civil Action No. B-03-178 |
| vs | § | |
| | § | |
| NATIONAL FINANCIAL SYSTEMS, INC | § | |
| Defendant. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days          ☐ Bench   ☑ Jury

2. New parties must be joined by:          June 4, 2004

3. The Plaintiffs' experts will be named with a report furnished by:   July 31, 2004

4. The Defendant's experts must be named with a report furnished within 30 days of the deposition of the Plaintiffs' experts

5. Discovery must be completed by:          October 30, 2004

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

********************* The court will provide these dates. *********************

6. Dispositive Motions will be filed by:          11/15/2004

7. Joint Pretrial Order is due:          1/19/2005
   *The Plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   2/3/2005

9. Jury Selection is set for 9:00 a.m. on:          2/7/2005

The case will remain on standby until tried.

Signed _Jan. 29_, 2004, at Brownsville, Texas

Hilda Tagle
United States District Judge

Scheduling Order - Page Two

**Counsel for Plaintiff(s):**      **Counsel for Defendant(s):**

By: *[signature]*                  By: _____
Manuel H. Newburger                Keith Wier
State Bar No. 14946500             Texas Bar No. 21436100
Barron & Newburger, P.C.           Mark Lester
1212 Guadalupe, Suite 104          Texas Bar No. 24027447
Austin, Texas 78702-1837           Daw & Ray, P.C.
Tel. (512) 476-9103                Coastal Bank Plaza
Fax. (512) 476-9253                5718 Westheimer, Suite 1750
                                   Houston, Texas 77057
By: *[signature]*                  Tel. (713) 266-3021
Daniel P. Whitworth
Texas Bar No. 24008275
Federal ID No. 23119
Rich Mlynek
Texas Bar No. 24007689
Federal ID No. 23125
62 E. Price Rd.
Brownsville Texas 78521
Tel. (956) 546-9398
Fax. (956) 542-1478

01/28/2004 16:16 FAX 7132663188
JAN-28-2004 WED 04:37 PM    FAX NO.    P. 03/03
Case 1:03-cv-00178   Document 10   Filed in TXSD on 01/30/2004   Page 3 of 3

Scheduling Order - Page Two

**Counsel for Plaintiff(s):**

By:_____
Manuel H. Newburger
State Bar No. 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78702-1837
Tel. (512) 476-9103
Fax. (512) 476-9253

By: _____
Daniel P. Whitworth
Texas Bar No. 24008275
Federal ID No. 23119
Rich Mlynek
Texas Bar No. 24007689
Federal ID No. 23125
62 E. Price Rd.
Brownsville Texas 78521
Tel. (956) 546-9398
Fax. (956) 542-1478

**Counsel for Defendant(s):**

By: _____
Keith Wier
Texas Bar No. 21436100
Mark Lester
Texas Bar No. 24027447
Daw & Ray, P.C.
Coastal Bank Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
Tel. (713) 266-3021