United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GLADYS E. ORTIZ and | § | |
| MARIA MAGDALENA ORTIZ | § | |
| | § | |
| VS. | § | CASE NO. B-03-178 |
| | § | |
| NATIONAL FINANCIAL SYSTEMS, INC. | § | |

### ORDER

On this day the Court considered Plaintiffs' and Defendant's Agreed Motion to Enlarge Time. The Court finds that such motion should be granted.

**IT IS THEREFORE ORDERED** that the discovery deadline in this case is hereby extended by ninety (90) days. All discovery shall be completed by January 28, 2005.

Signed this 2nd day of November, 2004.

_____
UNITED STATES DISTRICT JUDGE