UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
DEC 0 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

GLADYS ORTIZ and §
MAGDALENA ORTIZ

vs. § Civil Action No. B- 03-178

NATIONAL FINANCIAL SYSTEMS, INC. §

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days.     ☐ Bench   ■ Jury

2. New parties must be joined by:     June 4, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     July 31, 2004

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery shall be completed by:     January 28, 2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:     February 15, 2005

7. Joint pretrial order is due:     May 11, 2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     May 25, 2005

9. Jury Selection is set for 9:00 a.m. on:     June 6, 2005
   *(The case will remain on standby until tried)*

Signed _December 6_____, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge