United States District Court
Southern District of Texas
FILED

MAY 1 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| GLADYS E. ORTIZ and § | |
| MARIA MAGDALENA ORTIZ § | |
| § | |
| VS. § | CASE NO. B-03-178 |
| § | |
| NATIONAL FINANCIAL SYSTEMS, INC. § | |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant, National Financial Systems, Inc., file this Stipulation of Dismissal under Federal Rules of Civil Procedure 41(a)(1)(ii) as follows:

1. Plaintiffs are Gladys Ortiz and Maria Magdalena Ortiz, and Defendant is National Financial Systems, Inc. ("National Financial").

2. On August 28, 2003, Plaintiffs sued National Financial for alleged violations of the Texas Debt Collection Practices Act, Texas Deceptive Trade Practices Act, Federal Fair Debt Collection Practices Act, "unreasonable debt collection practices", intentional infliction of emotional distress, and invasion of privacy.

3. After thorough negotiations, Plaintiffs and National Financial agree to a dismissal with prejudice on all asserted and non-asserted claims.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice.

9. That costs of court be taxed against the party incurring same

For these reasons, counsel for Plaintiffs and Defendant National Financial Systems, Inc. request this dismissal.

Respectfully submitted,

_____
David A. DeSoto; TBN # 00790585
Ellen C. Stone; TBN: 19305000
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
Tel: (956) 546-9398
Fax: (956) 542-1478

Manuel H. Newburger; TBN: 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837
(512) 476-9103
(512) 476-9253 FAX

**ATTORNEYS FOR PLAINTIFFS**


DAW & RAY, P.C.

_____
Keith Wier; SBN: 21436100
David J. Booth; TBN: 24034333
Hibernia Bank Plaza
5718 Westheimer, Suite 1750
Houston, Texas  77057
(713) 266-3121
(713) 266-3188 Facsimile
**ATTORNEYS FOR DEFENDANT,
NATIONAL FINANCIAL SYSTEMS, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via facsimile, and/or by certified mail, return receipt requested on this the _6_ day of May, 2005 as follows:

Manuel H. Newburger
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1938

John Ventura
Ellen C. Stone
LAW OFFICES OF JOHN VENTURA, P.C.
62 East Price Road
Brownsville, Texas 78521

_____
Keith Wier