IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| GLADYS E. ORTIZ and <br> MARIA MAGDALENA ORTIZ § § § | |
| VS. § | CASE NO. B-03-178 |
| § | |
| NATIONAL FINANCIAL SYSTEMS, INC. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering Defendant National Financial Systems, Inc. and Plaintiffs' Stipulation of Dismissal, the Court GRANTS the motion and dismisses the case with prejudice.

SIGNED on the _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*[signature]*

David A. DeSoto; TBN # 00790585
Ellen C. Stone; TBN: 19305000
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
(956) 546-9398 Telephone
(956) 542-1478 Fax

**ATTORNEYS FOR PLAINTIFFS**

*[signature: David J. Booth]*

Keith Wier; SBN: 21436100
David J. Booth; TBN: 24034333
DAW & RAY, P.C.
Hibernia Bank Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121 Telephone
(713) 266-3188 Fax

**ATTORNEYS FOR DEFENDANT**